**2006–0702.  State v. Colston.**

Clermont App. No. CA2004–11–099, 2005-Ohio-7031. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–0724.  State v. Lewis.**

Summit App. No. 22534, 2006-Ohio-654. On motion for leave to file delayed appeal. Motion granted.

RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

**2006–0727.  State v. Lohmeyer.**

Lucas App. No. L–05–1059. On motion for leave to file delayed appeal. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2005–0276.  State v. Ayers.**

Cuyahoga App. No. 86006, 2005-Ohio-6972. Discretionary appeal accepted; cause held for the decision in 2005–2336, *State v. Buehler,* Cuyahoga App. No. 85796, 2005-Ohio-5717; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2006–0279.  Baughman v. State Farm Mut. Auto. Ins. Co.**

Summit App. No. 22204, 2005-Ohio-6980.

RESNICK and PFEIFER, JJ., dissent.

**2006–0286.  In re Thompkins.**

Montgomery App. No. 20489, 2005-Ohio-7073.

RESNICK and PFEIFER, JJ., dissent.

**2006–0324.  State v. Clevenger.**

Trumbull App. No. 2004–T–0130, 2006-Ohio-128.

RESNICK and PFEIFER, JJ., dissent.

O'CONNOR, J., not participating.

**2006–0330.  Froehlich v. Ohio Dept. of Mental Health.**

Franklin App. No. 05AP–129, 2005-Ohio-7026.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

**2006–0417.  Rodriguez v. Ohio Dept. of Job & Family Servs.**

Cuyahoga App. Nos. 86111 and 86134, 2006-Ohio-97. Discretionary appeal accepted; cause held for the decision in 2006–0405, *Geretz v. Ohio Dept. of Job & Family Servs.,* Erie App. No. E–05–042, 2006-Ohio-321; and briefing schedule stayed.

**2006–0613.  In re Walters.**

Fairfield App. Nos. 2005–CA–65 and 2005–CA–66, 2006-Ohio-631. Discretionary appeal accepted on Proposition of Law Nos. II and III and cause consolidated with 2006–0614, *In re Walters,* Fairfield App. Nos. 2005–CA–65 and 2005–CA–66, 2006-Ohio-631.

PFEIFER and LUNDBERG STRATTON, JJ., would accept the appeal on all Propositions of Law.

O'DONNELL, J., would accept the appeal on Proposition of Law No. II only.

RESNICK and LANZINGER, JJ., dissent.